# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

**2nd Amended**
**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)

v.

Case Number:  06-mj-00124-DLW

USM Number:  34024-013

VINCENTE A. ALVAREZ

BRIAN SCHOWALTER
(Defendant's Attorney)

**THE DEFENDANT:**  Admitted guilt to violation 1, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession & Use of Controlled Substance (Methamphetamine) | August 1, 2006 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The Government moved to dismiss violations 2, 3, 4, 5, 6 and 7.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

October 16, 2006
Date of Imposition of Judgment

S/David L. West
Signature of Judge

David L. West, United States Magistrate Judge
Name & Title of Judge

October 16, 2006
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months. No supervision to follow.

The court recommends that the Bureau of Prisons credit the Defendant with 57 days time spent in official detention prior to revocation of supervised release.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By_____

Deputy United States Marshal